CHANDLER *v.* KEATON.

HAZELRIGG
·V.
WAIN-
WRIGHT.

APPEAL from the *Shelby* Common Pleas.

*Per Curiam.*—The judgment is reversed, on the case of *Brisco* v. *Askey*, 12 Ind. 666.

*R. L. Walpole* and *R. A. Riley*, for the appellant.